UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL WILLIAM WING | ) | |

For good cause shown, the government's unopposed motion to continue Defendant's sentencing is hereby GRANTED. The sentencing is continued to the December 3, 2012 term of Court in Wilmington, North Carolina.

SO ORDERED.

This the 5th day of September, 2012.

_____
JAMES C. FOX
Senior United States District Judge